UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF SANDRA VELA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　　Defendants. | Case No.  16-cv-02375-BLF<br><br>**ORDER SETTING DEADLINE FOR RESPONSE TO PLAINTIFFS' REQUEST TO ADVANCE HEARING ON MOTION TO DISMISS** |

　　　　Two motions to dismiss are set for hearing on November 3, 2016:  (1) a motion filed by Defendants California Forensic Medical Group, Taylor Fithian, and Eliud Garcia ("Medical Defendants") and (2) a motion filed by Defendants County of Monterey, Sheriff Steve Bernal, Captain James Bass, Sergeant Erika Kay, Sergeant Carol White, Deputy N. Quintero, and Scott Miller ("County Defendants").  Plaintiffs' opposition to the Medical Defendants' motion includes a request that the hearing on that motion be advanced to July or August.  Plaintiffs have not yet filed opposition to the County Defendants' motion.

　　　　The Court has availability to hear both motions on August 4, 2016, the date of the Initial Case Management Conference.  On or before July 5, 2016, the Medical Defendants and the County Defendants shall inform the Court, in writing, whether they are available for a hearing on August 4, 2016 at 9:00 a.m.

　　　　**IT IS SO ORDERED.**

Dated:  June 29, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge