UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF SANDRA VELA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 16-cv-02375-BLF<br><br>**ORDER RESETTING HEARING ON COUNTY DEFENDANTS' MOTION TO DISMISS; AND VACATING HEARING ON MEDICAL DEFENDANTS' MOTION TO DISMISS**<br><br>[RE: ECF 22, 23] |

On June 29, 2016, the Court issued an order advising the parties that it was considering advancing the hearing on Defendants' motions to dismiss to August 4, 2016 and asking whether counsel could appear on that date. Counsel for Defendants County of Monterey, Sheriff Steve Bernal, Captain James Bass, Sergeant Erika Kaye, Sergeant Carol White, Deputy N. Quintero, and Scott Miller ("County Defendants") have indicated that they are available on August 4, 2016, while counsel for Defendants California Forensic Medical Group, Taylor Fithian, and Eliud Garcia ("Medical Defendants") have indicated that they are not available on August 4, 2016.

The hearing on the County Defendants' motion to dismiss, ECF 23, is RESET for August 4, 2016 at 9:00 a.m.

The hearing on the Medical Defendants' motion to dismiss, ECF 22, is VACATED. The motion will be submitted without oral argument upon the completion of briefing. If counsel's availability changes and the Court has not yet ruled on the motion, counsel for the Medical Defendants may notify Ms. Salinas-Harwell at 408-535-5381 or Tiffany_Salinas-Harwell@cand.uscourts.gov to request that the hearing be reset on the August 4, 2016 calendar.

The Case Management Conference remains set on August 4, 2016, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
BETH LABSON FREEMAN
United States District Judge