1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 ESTATE OF SANDRA VELA, et al.,                    Case No.  16-cv-02375-BLF

Plaintiffs,

8

9        v.                                        **ORDER SUBMITTING COUNTY
                                                    DEFENDANTS' MOTION TO DISMISS
                                                    WITHOUT ORAL ARGUMENT; AND
10 COUNTY OF MONTEREY, et al.,                      VACATING HEARING**

Defendants.

11                                                  [Re:  ECF 23]

12

13         The County Defendants' Motion to Dismiss that was set for hearing at 9:00 a.m. on

14 August 4, 2016 is hereby SUBMITTED without oral argument; the hearing is VACATED. *See*

15 Civ. L.R. 7-1(b).

16         The Initial Case Management Conference remains set at 11:00 a.m. on August 4, 2016.

17         **IT IS SO ORDERED.**

18

19 Dated:  July 29, 2016

20                                                  _____
                                                    BETH LABSON FREEMAN
21                                                  United States District Judge

22

23

24

25

26

27

28