UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ESTATE OF SANDRA VELA, et al., | Case No. 5:16-cv-02375-BLF |
|---|---|
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| COUNTY OF MONTEREY, et al., | |
| Defendants. | |

On 08/04, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 07/26/2018 at 9:00 a.m. |
| Final Pretrial Conference | 10/04/2018 at 1:30 p.m. |
| Trial | 10/22/2018 at 9:00 a.m. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2    are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4    orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6    proposed schedule regarding dates and deadlines to trial by 08/18/2016.
7    IT IS FURTHER ORDERED THAT Case is referred to Judge Cousins for Settlement to be
8    completed by 02/06/2017.

Dated:   August 4, 2016

_____
BETH LABSON FREEMAN
United States District Judge