UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF SANDRA VELA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　Defendants. | Case No. 5:16-cv-02375-BLF (HRL)<br><br>**ORDER SETTING HEARING ON DISCOVERY DISPUTE JOINT REPORT NO. 2**<br><br>Re: Dkt. No. 88 |

The court will hear Discovery Dispute Joint Report (DDJR) No. 2 (Dkt. 88) on Friday, **October 13, 2017 at 3:00 p.m.** Counsel may appear by telephone via CourtCall. Although not a participant in DDJR 2, nor in the meet and confer efforts that preceded it, counsel for defendant Fulkerson are invited to participate in the hearing.

　　SO ORDERED.

Dated: October 12, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge