**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ESTATE OF SANDRA VELA, et al., <br> Plaintiffs, <br> v. <br> COUNTY OF MONTEREY, et al., <br> Defendants. | Case No. 16-cv-02375-BLF <br><br> **ORDER DENYING WITHOUT PREJUDICE THE PARTIES' STIPULATED REQUEST FOR AN ORDER REQUIRING CFMG TO PRODUCE MEDICAL AND MENTAL HEALTH RECORDS IN RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE** <br><br> [Re: ECF 98] |

On October 18, 2017, Magistrate Judge Howard R. Lloyd issued an Order Re Discovery Dispute Joint Report No. 1 (ECF 92), in which he granted Plaintiffs' motion to compel California Forensic Medical Group ("CFMG") to produce documents relating to suicides and suicide attempts at the Monterey County Jail. The responsive documents include medical and mental health records subject to privacy protections under state and federal statutes. Plaintiffs and CFMG now submit a stipulated proposed order for production of those medical and mental health records notwithstanding applicable statutory protections, stating that "it is impractical" to obtain authorizations from the heirs of individuals who committed suicide or inmates who attempted suicide. Stipulation and Proposed Order, ECF 98.

The Court recently considered a request for production of medical and mental health records in *Hernandez, et al. v. County of Monterey, et al.*, 13-cv-02354-BLF. The Court concluded that it had authority to order production, relying in part on cases holding that class counsel in institutional litigation have a right to examine such documents. *See* Order Granting in

Part and Denying in Part Plaintiffs' Motion to Enforce Settlement Agreement, ECF 619 in *Hernandez*. The Court is not satisfied that the same policy considerations apply in the present case, which is not an institutional litigation but a suit on behalf of only the named plaintiffs. The parties have not cited cases indicating that the Court has authority to order production of statutorily protected medical and mental health records simply because it is inconvenient or impractical for Plaintiffs to obtain the records through other means.

Accordingly, the parties' stipulated request is DENIED WITHOUT PREJUDICE. The parties may submit a renewed stipulated request supported by case law showing that that this Court has discretion to order production of medical and mental health records in a lawsuit which does not involve institutional reform or class litigation, and that any such discretion should be exercised in favor of production here.

**IT IS SO ORDERED.**

Dated: December 11, 2017

_____
BETH LABSON FREEMAN
United States District Judge