# CIVIL MINUTE ORDER

**HOWARD R. LLOYD   UNITED STATES MAGISTRATE JUDGE        CT. #2**

DATE:  January 17, 2018                    CASE No. 5:16-cv-02375 BLF (HRL)

CASE TITLE:  Vela, et al. v. County of Monterey, et al.

COURT REPORTER:  Recorded by Reporter Present at Deposition


APPEARANCES

For Plaintiff(s):        Lori Rifkin            For Defendant(s):    Marc Cowden
                                                                   Michael Philippi


## Telephonic Proceeding for Mid-Deposition Dispute

Plaintiffs' counsel initiated a telephone call to the Court concerning the proper scope of questions for the deposition, then in progress, of defendant Dr. Taylor Fithian.  Counsel stated their respective positions.  Because the parties were unprepared to present the Court with the specific questions in dispute, the Court noted that it did not have very helpful information upon which to resolve the matter.  Nevertheless, the Court provided some general guidance as to matters about which the deponent could be questioned.