# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

ESTATE OF SANDRA VELA, et al.,

    Plaintiffs,

v.

COUNTY OF MONTEREY, et al.,

    Defendants.

Case No. 16-cv-02375-BLF

**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

[Re: ECF 123]

Plaintiffs have filed an Administrative Motion to File under Seal, requesting that Exhibits 56, 82, and 108 in support of Plaintiffs' Motion for Partial Summary Adjudication be sealed on the basis that Defendants have designated those Exhibits as confidential.

Where the moving party requests sealing of documents because they have been designated confidential by another party under a protective order, the burden of establishing compelling reasons for sealing is placed on the designating party. Civ. L.R. 79-5(e). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1). "If the Designating Party does not file a responsive declaration . . . and the Administrative Motion to File Under Seal is denied, the Submitting Party may file the document in the public record no earlier than 4 days, and no later than 10 days, after the motion is denied." Civ. L.R. 79-5(e)(2).

Defendants did not file a declaration establishing that Exhibits 56, 82, and 108 are sealable within the time provided to do so. Accordingly, Plaintiffs' motion is DENIED. Plaintiffs may file those exhibits publicly no earlier than 4 days, and no later than 10 days, after the date of this Order.

**IT IS SO ORDERED.**

Dated: July 2, 2018

_____
BETH LABSON FREEMAN
United States District Judge